THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Grindle, Appellant.
 
 
 

Appeal From Cherokee County
 J. Mark Hayes, II, Circuit Court Judge
Unpublished Opinion No.  2008-UP-618
Submitted November 3, 2008  Filed
 November 10, 2008
AFFIRMED

 
 
 
 LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: 
 James Grindle appeals his conviction for first
 degree criminal sexual conduct with a minor, arguing the trial court erred in
 determining an eight-year-old was competent to testify at trial about alleged
 sexual abuse that occurred when the child was four.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: State v.
 Green, 267 S.C. 599, 603, 230 S.E.2d 618, 619 (1976) (stating the
 question of the competency of witnesses is to be determined by the trial court
 and will not be reversed unless there is a clear showing of an abuse of
 discretion); Dept of Soc. Servs. v. Doe, 292 S.C. 211, 219, 355 S.E.2d
 543, 547-48 (Ct. App. 1987) (listing the criteria to determine whether a
 child witness is competent to testify). 
AFFIRMED.
WILLIAMS,
 PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.